IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HUBERT TIMOTHY SPRAYBERRY, :
:
    Plaintiff, :
:
  VS. :
: **7 : 08-CV-27 (HL)**
J. DARRELL HART, et al., :
:
    Defendants. :

## **RECOMMENDATION**

Presently pending in this *pro se* prisoner 42 U.S.C. § 1983 action is plaintiff's motion to amend the complaint (doc. 8).

Plaintiff files this motion to amend his original complaint to make a correction and to add two additional defendants. Plaintiff requests that the complaint reflect he meant he received 22 staples, instead of 22 stitches.

Plaintiff also seeks to clarify his claims against Ted Philbin, the Deputy Warden of Care and Treatment, who was named in the original complaint; however, Philbin was dismissed as a defendant in this action by virtue of the district court's order dated April 2, 2008 (doc. 12) adopting the undersigned's recommendation. In this motion, plaintiff states he is suing Philbin because as the deputy warden, he did not do anything to ensure plaintiff received the care he needed, and he was very negligent. Plaintiff also requests that Dr. Avery Moody be added as a defendant in the action for "inconfidence and medical neglect."

However, although a plaintiff can amend once as a matter of right prior to the filing of an answer or dispositive motion in accordance with rule 15 of the Federal Rules of Civil Procedure, the plaintiff herein has not made sufficient allegations against these parties in order for them to be joined

at this time.

Therefore, it is the RECOMMENDATION of the undersigned that plaintiff's motion be **GRANTED** in part to show 22 staples instead of 22 stitches, but **DENIED** in part regarding adding additional parties without prejudice, and that he may file another motion to amend to add these parties that provides sufficient information that they are placed on notice of the allegations against them. Any new motion should specify the exact actions or inactions of these parties and how those actions or inactions violated plaintiff's constitutional rights.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 2nd day of July, 2008.

    //S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd