**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

HUBERT TIMOTHY SPRAYBERRY, :
:
Plaintiff :
:
v. : CASE NO. 7:08-CV-27 (HL)
:
J. DARRELL HART, et al, :
:
Defendants :
:

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 29) filed July 2, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 28th day of July, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**